IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CALVIN A. CHANDLER,

Appellant,

v.

Case No.  5D22-1790
LT Case No. 2002-CF-2929-A

STATE OF FLORIDA,

Appellee.

_____/

Decision filed January 31, 2023

Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Calvin A. Chandler, DeFuniak
Springs, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

   AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.